```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08412
   RICHARD S DUB
   LAURIE A DUB                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-2899    SSN XXX-XX-0811


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/08/07 and confirmed on 09/05/07.

    2.  The case was dismissed after confirmation, 07/18/2008.

    3.  The Debtor paid a total of $   9349.31 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00             .00             .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE       4804.97             .00         4804.97
HSBC AUTO FINANCE        UNSECURED           7690.32             .00             .00
PRAIRIE TRAIL HOMEOWNERS SECURED             1124.64             .00         1124.64
INTERNAL REVENUE SERVICE PRIORITY           25989.02             .00             .00
CACH                     UNSECURED           8595.80             .00             .00
FIRST BANK OF DELAWARE   UNSECURED         NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED            345.38             .00             .00
PREMIER BANKCARD/CHARTER UNSECURED            230.99             .00             .00
ECAST SETTLEMENT CORPORA UNSECURED            381.12             .00             .00
IMAGINE                  UNSECURED         NOT FILED             .00             .00
NATIONAL RECOVERIES INC  UNSECURED             50.07             .00             .00
NICOR GAS                UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA UNSECURED            563.42             .00             .00
PLAINS COMMERCE BANK     UNSECURED            168.75             .00             .00
INTERNAL REVENUE SERVICE UNSECURED           2793.15             .00             .00
COMED                    UNSECURED           1136.35             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED            141.68             .00             .00
SALLIE MAE GUARANTEE SER UNSECURED          21950.36             .00             .00
EMERCE MASTERCARD        UNSECURED            344.27             .00             .00
---------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC UNSECURED            140.52             .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5929.61     25989.02     44532.18          .00        76450.81
PRINCIPAL PAID      5929.61          .00          .00          .00         5929.61
```

```
INTEREST PAID                     .00         .00          .00          .00          .00
TOTAL PAID                    5929.61         .00          .00          .00      5929.61
```

The Debtor's attorney, SCHOTTLER & ASSOC          , was allowed $   3500.00
and was paid $     526.00   direct and $    2974.00   through the plan.

The Trustee received $     445.70 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE